# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 22, 2020

## NO. 03-19-00453-CV

**Volkswagen Aktiengesellschaft, Appellant**

**v.**

**The State of Texas and Travis County, Texas, Appellees**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICE TRIANA AND SMITH
REVERSED AND RENDERED -- OPINION BY CHIEF JUSTICE ROSE;
DISSENTING OPINION BY JUSTICE TRIANA**

This is an appeal from the interlocutory order signed by the trial court on June 14, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. The trial court erred in denying VW Germany's special appearance. Therefore, the Court reverses the trial court's orders denying the special appearance and renders judgment dismissing the State's claims against VW Germany. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.